UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:05 CV7-K

KIMBERLY IMAN, INDIVIDUALLY, and )
as Administratrix of the Estate of )
ROBERT WAYNE IMAN, )
)
                Plaintiffs, )
)
v. )
)
KEFFER MANAGEMENT CO., LLC )
and LIBERTY PONTIAC-GMC TRUCK, )
INC., )
)
                Defendants. )
_____)

## ORDER

By Order of the Court, Plaintiff's Motion for Leave to Dismiss this action without prejudice is hereby granted pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

This 2nd day of June, 2005.

_____
THE HONORABLE DAVID C. KEESLER
U. S. MAGISTRATE JUDGE PRESIDING