**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:05CV7**

| | | |
|---|---|---|
| **KIMBERLY IMAN, individually, and as** | ) | |
| **Administratrix of the Estate of ROBERT** | ) | |
| **WAYNE IMAN,** | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **KEFFER MANAGEMENT CO., LLC and** | ) | |
| **LIBERTY PONTIAC-GMC TRUCK, INC.,** | ) | |
| **Defendants.** | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion for Dismissal Without Prejudice" (Document No. 15), filed June 1, 2004 by Kimberly Iman.  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and having been advised that Keffer Management Co., LLC ("Keffer") and Liberty Pontiac-GMC Truck, Inc. ("Liberty") will not file a response in opposition, the undersigned will grant the Motion.

**IT IS, THEREFORE, ORDERED** that the "Motion for Dismissal Without Prejudice" (Document No. 15) is **GRANTED** and that this action be dismissed without prejudice.

**IT IS FURTHER ORDERED** that the "Motion of Defendants to Dismiss Plaintiff's Amended Complaint Pursuant to Rule 12(c)" (Document No. 6), filed April 13, 2005 by Keffer and Liberty, is **DENIED AS MOOT**.

**Signed: June 3, 2005**

David C. Keesler
United States Magistrate Judge